UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 09 CR 383 |
| v. ) | |
| ) | Judge Ruben Castillo |
| JESUS VICENTE ZAMBADA-NIEBLA, ) | |
| a/k/a "Vicente Zambada-Niebla," ) | |
| a/k/a "Vicente Zambada," ) | |
| a/k/a "Mayito," ) | |
| a/k/a "30 " ) | |

## AGREED ORDER

Upon the motion of the United States for a protective agreed order to by the defendant, IT IS HEREBY ORDERED AS FOLLOWS:

1. All materials produced by the government in preparation for or in conjunction with any stage of the proceedings in this case, including but not limited to grand jury transcripts, applications, affidavits, recordings, transcripts, agency reports, witness statements, memoranda of interview, electronic materials, and any documents and tangible objects provided by the government, excluding trial exhibits, remain the property of the United States. Upon conclusion of the trial in this case or upon the earlier resolution of charges against the defendant, all such materials and all copies made thereof shall be returned to the United States, unless otherwise ordered by the Court. All material returned shall be segregated and preserved by the United States in connection with further proceedings related to this case. All copies withheld by the defense by express order of this Court shall be preserved only so long as is necessary for further proceedings related to this case, after which they shall be returned to the United States or destroyed. The Court may require a certification as to the disposition of any such materials retained.

-1-

2. All materials provided by the United States may be utilized by defendant and his counsel of record solely in connection with the defense of this case and for no other purpose and in connection with no other proceeding. Defendant's counsel shall be defined as counsel of record in this case, George L. Santangelo, Edward S. Panzer, and Alvin Michaelson. The materials and their contents shall not be disclosed either directly or indirectly to any person or entity other than defendant, defendant's counsel, persons employed by defense counsel to assist in the defense, or such other persons to whom the Court specifically authorizes disclosure. Defendant shall provide to the Court written notice of all persons to whom disclosure is intended before disclosure is made. The materials and any of their contents shall not be disclosed either directly or indirectly to any person or entity outside of the United States, without the prior application to and authorization from the Court. Any notes or records of any kind that defense counsel may make relating to the contents of materials provided by the government shall not be disclosed to anyone other than the defendant, defense counsel, and persons employed by defense counsel to assist in the defense, or such other person as to whom the Court may authorize disclosure, and all such notes and records shall not be disclosed except as provided by this Order.

3. The materials shall not be copied or reproduced, except to provide copies of the material for use by each defense lawyer and the defendant and such persons as are employed by defense counsel to assist in the defense, and such copies and reproductions shall be treated in the same manner as the original matter.

4. Violation of this Order may result in the imposition of civil and criminal sanctions.

ENTER:

_____
RUBEN CASTILLO,
UNITED STATES DISTRICT JUDGE


Acknowledgment: I have read the Order and agree to comply with its requirements.

_____
George L. Santangelo
ATTORNEY FOR DEFENDANT

_____
Edward S. Panzer
ATTORNEY FOR DEFENDANT

_____
Alvin Michaelson
ATTORNEY FOR DEFENDANT

_____
DEFENDANT

DATE: 4/27/10

Translated and read to defendant by co-counsel Fernando X. Gaxiola Atty. at Law