UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 09 CR 383 |
| v. | ) | |
| | ) | Judge Ruben Castillo |
| JESUS VICENTE ZAMBADA-NIEBLA, | ) | |
| a/k/a "Vicente Zambada-Niebla," | ) | |
| a/k/a "Vicente Zambada," | ) | |
| a/k/a "Mayito," | ) | |
| a/k/a "30 " | ) | |

## AGREED MODIFICATION TO PROTECTIVE ORDER

Upon the motion of the United States for a modification of the agreed protective order in this case, IT IS HEREBY ORDERED AS FOLLOWS:

1. All provisions of the agreed protective order entered in this case on April 21, 2010, remain in full force and effect.

2. The agreed protective order is modified to permit the disclosure and inspection of discovery materials produced by the government in this case to David J. Stetler, Esq., of the firm of Stetler & Duffy, Ltd., a Chicago, Illinois-based firm, who has entered an appearance in this case. Mr. Stetler has represented that he has reviewed the agreed protective order in this case, entered April 21, 2010, and agrees to be bound by its terms.

ENTER:

_____
RUBEN CASTILLO
UNITED STATES DISTRICT JUDGE


Acknowledgment: I have read the Agreed Protective Order and this Agreed Modification to Protective Order and agree to comply with their requirements.

_____
David J. Stetler, Esq.
ATTORNEY FOR DEFENDANT

DATE: 6/24/10

ENTER:

_____
RUBEN CASTILLO
UNITED STATES DISTRICT JUDGE

Acknowledgment: I have read the Agreed Protective Order and this Agreed Modification to Protective Order and agree to comply with their requirements.

_____
David J. Stetler, Esq.
ATTORNEY FOR DEFENDANT

DATE: 6/22/10