# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                          Case No.: 1:09−cr−00383
                                                                 Honorable Ruben Castillo

Jesus Vicente Zambada−Niebla, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 30, 2011:

      MINUTE entry before the Honorable Ruben Castillo: as to Jesus Vicente Zambada−Niebla and Tomas Arevalo−Renteria: Status hearing held on 3/30/2011 and continued to 6/15/2011 at 1:30 p.m. Defendant Arevalo−Renteria's motion for discovery [71] and amended motion for discovery [72] are entered and continued to 6/15/2011 at 1:30 PM. In the interest of justice, for the complexity of the case, and for filing of pretrial motions, time is excluded from 3/30/2011 until 6/15/2011 pursuant to 18 U.S.C. 3161(h)(7)(A)(B) and 18 U.S.C. 3161(h)(1)(D). Mailed notice (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.