# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) **UNDER SEAL** |
| | ) No. |
| vs. | ) |
| | ) **JUDGE CASTILLO** Judge |
| JESUS VICENTE ZAMBADA-NIEBLA, | ) **INDICTMENT** |
| a/k/a "Vicente Zambada-Niebla," | ) |
| a/k/a "Vicente Zambada," | ) Violations: Title 21, United States |
| a/k/a "Mayito," | ) Code, Sections 846 and 963 |
| a/k/a "30" | ) |

**FILED**
4-23-09
APR 23 2009
MAGISTRATE JUDGE
GERALDINE SOAT BROWN
UNITED STATES DISTRICT COURT

**09 CR 383**

**MAGISTRATE JUDGE ASHMAN**

#### COUNT ONE

The SPECIAL FEBRUARY 2008-2 GRAND JURY charges:

Beginning in or about May 2005, and continuing until on or about November 30, 2008, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

JESUS VICENTE ZAMBADA-NIEBLA,
a/k/a "Vicente Zambada-Niebla," a/k/a "Vicente Zambada," a/k/a "Mayito," a/k/a "30,"

defendant herein, conspired with others known and unknown to the Grand Jury, knowingly and intentionally to possess with intent to distribute and to distribute controlled substances, namely, 5 kilograms or more of mixtures and substances containing a detectable amount of cocaine, a Schedule II Narcotic Drug Controlled Substance, and 1 kilogram or more of mixtures and substances containing a detectable amount of heroin, a Schedule I Narcotic Drug Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

It was further part of the conspiracy that defendant ZAMBADA-NIEBLA and his co-conspirators sought to obtain weapons and planned the use of force and violence to protect their narcotics trafficking organization;

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

The SPECIAL FEBRUARY 2008-2 GRAND JURY further charges:

Beginning in or about May 2005, and continuing until on or about November 30, 2008, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

JESUS VICENTE ZAMBADA-NIEBLA,
a/k/a "Vicente Zambada-Niebla," a/k/a "Vicente Zambada," a/k/a "Mayito," a/k/a "30,"

defendant herein, did conspire with other persons known and unknown to the Grand Jury, knowingly and intentionally to import into the customs territory of the United States from a place outside the United States, namely, Mexico, controlled substances, namely, 5 kilograms or more of mixtures and substances containing a detectable amount of cocaine, a Schedule II Narcotic Drug Controlled Substance, and 1 kilogram or more of mixtures and substances containing a detectable amount of heroin, a Schedule I Narcotic Drug Controlled Substance, in violation of Title 21, United States Code, Sections 952(a) and 960;

It was further part of the conspiracy that defendant ZAMBADA-NIEBLA and his co-conspirators sought to obtain weapons and planned the use of force and violence to protect their narcotics trafficking organization;

All in violation of Title 21, United States Code, Section 963.

Case: 1:09-cr-00383 Document #: 105-1 Filed: 09/09/11 Page 4 of 4 PageID #:454
Case: 1:09-cr-00383 Document #: 5-1 Filed: 04/23/09 Page 3 of 3 PageID #:3

## FORFEITURE ALLEGATION

The SPECIAL FEBRUARY 2008-2 GRAND JURY further charges:

1. The allegations of Counts One and Two are re-alleged and fully incorporated herein for the purpose of alleging forfeiture to the United States pursuant to Title 21, United States Code, Section 853.

2. As a result of his violations of Title 21, United States Code, Sections 846 and 963 of the foregoing indictment,

JESUS VICENTE ZAMBADA-NIEBLA,
a/k/a "Vicente Zambada-Niebla," a/k/a "Vicente Zambada," a/k/a "Mayito," a/k/a "30,"

defendant herein, shall forfeit to the United States, pursuant to Title 21, United States Code, 853(a)(1) and (2): (1) any and all property constituting and derived from, any proceeds the defendant obtained, directly and indirectly, as a result of the violations; and (2) any and all of property used, and intended to be used, in any manner or part, to commit and facilitate the commission of the offenses charged in the indictment.

3. The interest of the defendant subject to forfeiture pursuant to Title 21, United States Code, Section 853, includes, but is not limited to: $500,000,000 in United States Currency, representing the estimated proceeds of defendant JESUS VICENTE ZAMBADA-NIEBLA's narcotics distribution organization.

A TRUE BILL:

_____

_____
UNITED STATES ATTORNEY