## AGREEMENT

1. My name is Humberto Loya-Castro and I understand that I am charged with federal drug charges in the United States. I have refused to surrender myself to the appropriate authorities in Mexico and/or the United States to face those charges. In 2000, I met with United States law enforcement officials in Mexico and offered to provide information about individuals involved in narcotics trafficking and money laundering activities. Since the first meeting, I have voluntarily met with U.S. law enforcement officers on multiple occasions. My most recent meeting with U.S. law enforcement officers was in January 2005. The purpose of those meetings was to provide information about individuals involved in narcotics trafficking and money laundering. At no point during my above-noted cooperation has any U.S. law enforcement officer, or any other representative or individual associated with the U.S. government, promised me that I would receive any benefit in exchange for my cooperation. Specifically, no promise or representations have been made to me regarding the federal drug charges currently pending against me. Nor have I been promised any financial compensation in exchange for my cooperation

2. I wish to continue to cooperate with U.S. law enforcement officers by providing them with information about individuals involved in narcotics trafficking and money laundering. I understand that I will not be promised any benefits (either related to my pending case or monetary) for my ongoing cooperation.

3. I understand that the prosecutor handling the case against me will be given the full details of my cooperative efforts and that he may, in his sole discretion, decide whether I will receive any benefit, reduction in sentence, or any other favorable recommendation by the U.S. Attorney's Office regarding my cooperative efforts.

4. By signing this agreement, I certify that I have read and understand all of the terms of this agreement. I further certify that I have been given an opportunity to consult with an attorney prior to signing this agreement.

Dated: 3/_____/2005

_____
Humberto Loya-Castro

_____
Witness to Signature

_____
Todd W. Robinson
Assistant U. S. Attorney

_____
Witness to Signature