U.S. Department of Justice
Drug Enforcement Administration

# CONFIDENTIAL SOURCE AGREEMENT

**I. Instructions (To be completed by the Controlling Investigators and the Confidential Source (CS)).**

I have been requested by the Drug Enforcement Administration (DEA) to provide assistance in the investigation of violations of the Controlled Substances Act. I understand that I am authorized, while under the direct supervision or control of DEA Controlling Investigators, to perform activities that include the following:

1. The controlled purchase of controlled substances in an undercover capacity under the direction and control of DEA Controlling Investigators.

2. The introduction of an undercover agent to a violator.

3. The infiltration of a drug trafficking organization.

4. To pose as a person engaged in the illicit sale or distribution of controlled substances.

5. To assist in the controlled delivery of controlled substances to a violator.

6. The consensual wearing of a recording or transmitting device in furtherance of these activities.

7. The taping of telephone conversations between myself and drug violators in furtherance of these activities.

8. Other (specify) _____

**II. Acknowledgements:**

In performing the investigative functions detailed above, I understand and agree to the following:

1. I understand that my assistance to the DEA and any statements that I may make to my Controlling Investigators are entirely voluntary.

2. I will provide truthful information at all times.

3. The United States Government and the DEA will strive to protect my identity, but cannot guarantee that my identity will not be divulged as a result of legal or other compelling considerations, or that I will not be called to testify in court as a witness.

4. The DEA does not promise or agree to any consideration by a prosecutor or a court in exchange for my cooperation, since any decision to confer any such benefit lies within the exclusive discretion of the appropriate prosecutor and court. However, DEA will consider (but not necessarily act upon) a request to advise the appropriate prosecutor's office or court of the nature and extent of my cooperation with DEA. I voluntarily waive any privacy requirement in the event that in DEA's discretion they may be legally required to disclose my identity to the court.

5. I understand that I have no immunity or protection from investigation, arrest, or prosecution for anything that I say or do, except for activities specifically authorized by my Controlling Investigators pursuant to my cooperation with DEA. I agree to abide by the instructions of my Controlling Investigators and will not take any independent action on behalf of DEA or the United States Government.

6. I have not been authorized to participate in any criminal activity, except as specifically authorized in writing by a prosecutor and/or my Controlling Investigators. I understand that I may be prosecuted for any unlawful conduct that I may have committed in the past or may commit in the future.

7. I understand that I am not an employee of the DEA or the United States Government and may not represent myself as such.

8. I understand that I may not enter into any contract or incur any obligation on behalf of the United States Government or DEA, except as specifically instructed and approved by the DEA.

9. I understand that although I may be eligible for compensation for my services, the DEA reserves the exclusive right to determine whether I will receive any payment or compensation and to determine the amount of such payment or compensation.

10. I understand that I am liable for any taxes that may be due on any compensation or payments provided by DEA.

11. I understand that no promises may be made, other than by the Immigration and Naturalization Service (INS), regarding my immigration status or right to enter or remain in the United States.

12. I understand that I am only authorized to participate or engage in the specific conduct set forth above, and that I may not participate or engage in any other illegal activity.

13. I understand that this agreement is in force from _____ until _____ (not to exceed one year).

14. I understand that I may not, under any circumstances, participate in an act of violence; participate in any act that constitutes obstruction of justice (e.g., perjury, witness tampering, witness intimidation, entrapment, or the fabrication, alteration, or destruction of evidence); participate in any activity designed to obtain information by an unlawful method (e.g., breaking and entering, illegal wiretapping, illegal opening of the mail, trespass amounting to illegal search, etc.); initiate or instigate a plan or strategy to commit a federal, state, or local offense.

15. I understand that if I am asked by any person to participate in any of the prohibited conduct listed in (14) above, or if I learn of plans to engage in such conduct, I must immediately contact my Controlling Investigators.

I fully understand and agree to the above.

Confidential Source:

| Signature | Date |

| Confidential Source No. |

Controlling Investigator:

| Signature | Date |

Controlling Investigator:

| Signature | Date |

U.S. Department of Justice
Drug Enforcement Administration

# ACUERDO DE INFORMANTE CONFIDENCIAL

I. **Instrucciones** (Se completará por los Investigadores Encargados y el Informante Confidencial (IC)):

La Drug Enforcement Administration (la DEA) me ha pedido que les provea asistencia en la investigación de violaciones del Acto de Sustancias Controladas. Entiendo que estoy autorizado, mientras bajo la supervisión directa de los Investigadores Encargados de la DEA, a tomar parte en actividades que incluyen lo siguiente:

1. La compra controlada de sustancias controladas de manera encubierta y bajo la dirección y el control de los Investigadores Encargados de la DEA.

2. La presentación de un agente encubierto a un violador.

3. La infiltración a una organización narcotraficante.

4. Hacerse pasar por una persona involucrada en la venta ilícita o distribución de sustancias controladas.

5. Asistir en la entrega controlada de sustancias controladas a un violador.

6. El uso de un aparato de grabación o transmisión en la comisión de estas actividades.

7. La grabación de conversaciones telefónicas entre violadores y yo en el acto de cometer estas actividades.

8. Adicional (especifique) _N/A_



II. **Reconocimientos:**

En la ejecución de las funciones de investigación descritas arriba, entiendo y estoy de acuerdo con lo siguiente:

1. Entiendo que mi asistencia a la DEA y cualquier declaración que yo haga a mis Investigadores Encargados sera completamente voluntaria.

2. Proveeré información veraz en todo momento.

3. El Gobierno estadounidense y la DEA intentaran diligentemente de proteger mi identidad, pero no pueden garantizar que mi identidad no será divulgada como resultado de consideraciones legales o de otro tipo, o que no seré llamado a testificar en la corte como un testigo.

4. La DEA no promete ni está de acuerdo a ninguna consideración por parte del fiscal o la corte en cambio por mi cooperación, ya que cualquier decisión a brindar tal beneficio seria bajo la discreción exclusiva del fiscal y de la corte apropiada. Sin embargo, la DEA consideraria (pero no necesariamente tomarán acción) un pedido que se le informe a la oficina del fiscal o corte apropiada del tipo y nivel de mi cooperación con la DEA. Yo voluntariamente rechazo todo requisito de privacidad en el caso de que la DEA, por causas legales, dignen que sea necesario que se revelara mi identidad a la corte.

5. Entiendo que no disfruto de inmunidad legal o protección contra investigación, arresto, o enjuiciamiento de cualquier cosa que diga o haga, con la excepción de las actividades específicamente autorizadas por mis Investigadores Encargados de conformidad con mi cooperación con la DEA. Entiendo que seguiré las instrucciones de mis Investigadores Encargados y que no tomaré acciones independientes de parte de la DEA o del gobierno estadounidense.

6. No he sido autorizado a participar en actividad criminal, excepto como ha sido especificamente authorizada en escrito por un fiscal y/o mis Investigadores Encargados. Entiendo que puedo ser enjuiciado por cualquier acto ilegal que yo haya cometido en el pasado o que pueda cometer en el futuro.

7. Entiendo que no soy un empleado de la DEA o del gobierno estadounidense y no puedo representarme como tal.

8. Entiendo que no estoy permitido hacer o aceptar ningún tipo de contrato o incurrir en ninguna obligación de parte del gobierno estadounidense o la DEA, excepto a los contratos u obligaciones especificamente dirigidas y autorizadas por la DEA.

9. Entiendo que aunque sea elegible para compensación por mis servicios, la DEA reserva el derecho exclusivo para determinar si recibiré algún pago o compensación y para determinar la cantidad de tal pago o compensación.

10. Entiendo que soy responsable por todos impuestos que se deberían por compensación o pagos hechos por la DEA.

11. Entiendo que solamente la Immigration and Naturalization Service puede hacer promesas en cuanto a mi estado de inmigración o derecho de entrar o permanecer en los Estados Unidos.

12. Entiendo que solo estoy autorizado a participar en actos o comportarme de manera detallada arriba y que no puedo participar en otra actividad ilegal.

13. Entiendo que este contrato tiene vigencia desde __12/19/10__ hasta __12/18/11__ (sin exceder un año).

14. Entiendo que no puedo, bajo ninguna circunstancia, participar en actos de violencia; participar en cualquier acto que constituya obstrucción de justicia (e.g. perjurio, manipulación de testigos, intimidación de testigos, incitación a delito, o la fabricación de, alteración, o destrucción de evidencia); participar en cualquier actividad diseñada para obtener información por método ilegal (e.g. entrada forzada, monitoreo ilegal de teléfonos, abertura ilegal del correo, entrada ilegal constituyendo búsqueda ilegal, etc.); iniciar o instigar un plan o estrategia para cometer una ofensa federal, estatal, o local.

15. Entiendo que si cualquier persona me pide participe en cualquiera de los delitos mencionados en el párrafo 14, o si me entero de planes para tales delitos, debo reportalo a uno de mis Investigadores Encargados inmediatamente.

Comprendo y estoy completamente de acuerdo con lo precedente.

Informante Confidencial:

_____   29/1/2011
Firma                      Fecha

_____
Nu Informante Confidencial

Investigador Encargado:

_____   1/29/11
Firma                      Fecha

Investigador Encargado:

_____   1-27-11
Firma                      Fecha

09CR383_001_0164

U.S. Department of Justice
Drug Enforcement Administration

# ACUERDO DE INFORMANTE CONFIDENCIAL

I. **Instrucciones (Se completará por los Investigadores Encargados y el Informante Confidencial (IC)):**

La Drug Enforcement Administration (la DEA) me ha pedido que les provea asistencia en la investigación de violaciones del Acto de Sustancias Controladas. Entiendo que estoy autorizado, mientras bajo la supervisión directa de los Investigadores Encargados de la DEA, a tomar parte en actividades que incluyen lo siguiente:

*HHC* 1. La compra controlada de sustancias controladas de manera encubierta y bajo la dirección y el control de los Investigadores Encargados de la DEA.

*HHC* 2. La presentación de un agente encubierto a un violador.

*HHC* 3. La infiltración a una organización narcotraficante.

*HHC* 4. Hacerse pasar por una persona involucrada en la venta ilícita o distribución de sustancias controladas.

*HHC* 5. Asistir en la entrega controlada de sustancias controladas a un violador.

*HHC* 6. El uso de un aparato de grabación o transmisión en la comisión de estas actividades.

*HHC* 7. La grabación de conversaciones telefónicas entre violadores y yo en el acto de cometer estas actividades.

*HHC* 8. Adicional (especifique) _N/A_

II. **Reconocimientos:**

En la ejecución de las funciones de investigación descritas arriba, entiendo y estoy de acuerdo con lo siguiente:

*HHC* 1. Entiendo que mi asistencia a la DEA y cualquier declaración que yo haga a mis Investigadores Encargados sera completamente voluntaria.

*HHC* 2. Proveeré información veraz en todo momento.

*HHC* 3. El Gobierno estadounidense y la DEA intentaran diligentemente de proteger mi identidad, pero no pueden garantizar que mi identidad no será divulgada como resultado de consideraciones legales o de otro tipo, o que no seré llamado a testificar en la corte como un testigo.

*HHC* 4. La DEA no promete ni está de acuerdo a ninguna consideración por parte del fiscal o la corte en cambio por mi cooperación, ya que cualquier decisión a brindar tal beneficio seria bajo la discreción exclusiva del fiscal y de la corte apropiada. Sin embargo, la DEA consideraria (pero no necesariamente tomarán acción) un pedido que se le informe a la oficina del fiscal o corte apropiada del tipo y nivel de mi cooperación con la DEA. Yo voluntariamente rechazo todo requisito de privacidad en el caso de que la DEA, por causas legales, dignen que sea necesario que se revelara mi identidad a la corte.

*HHC* 5. Entiendo que no disfruto de inmunidad legal o protección contra investigación, arresto, o enjuiciamiento de cualquier cosa que diga o haga, con la excepción de las actividades específicamente autorizadas por mis Investigadores Encargados de conformidad con mi cooperación con la DEA. Entiendo que seguiré las instrucciones de mis Investigadores Encargados y que no tomaré acciones independientes de parte de la DEA o del gobierno estadounidense.

FORM DEA-473a (3-02)

Electronic Form Version Designed in JetForm 5.2 Version

09CR383_001_0165

HJC 6. No he sido autorizado a participar en actividad criminal, excepto como ha sido especificamente authorizada en escrito por un fiscal y/o mis Investigadores Encargados. Entiendo que puedo ser enjuiciado por cualquier acto ilegal que yo haya cometido en el pasado o que pueda cometer en el futuro.

HJC 7. Entiendo que no soy un empleado de la DEA o del gobierno estadounidense y no puedo representarme como tal.

HJC 8. Entiendo que no estoy permitido hacer o aceptar ningún tipo de contrato o incurrir en ninguna obligación de parte del gobierno estadounidense o la DEA, excepto a los contratos u obligaciones específicamente dirigidas y autorizadas por la DEA.

HJC 9. Entiendo que aunque sea elegible para compensación por mis servicios, la DEA reserva el derecho exclusivo para determinar si recibiré algún pago o compensación y para determinar la cantidad de tal pago o compensación.

HJC 10. Entiendo que soy responsable por todos impuestos que se deberían por compensación o pagos hechos por la DEA.

HJC 11. Entiendo que solamente la Immigration and Naturalization Service puede hacer promesas en cuanto a mi estado de inmigración o derecho de entrar o permanecer en los Estados Unidos.

HJC 12. Entiendo que solo estoy autorizado a participar en actos o comportarme de manera detallada arriba y que no puedo participar en otra actividad ilegal.

HJC 13. Entiendo que este contrato tiene vigencia desde 12/20/09 hasta 12/19/10 (sin exceder un año).

HJC 14. Entiendo que no puedo, bajo ninguna circunstancia, participar en actos de violencia; participar en cualquier acto que constituya obstrucción de justicia (e.g. perjurio, manipulación de testigos, intimidación de testigos, incitación a delito, o la fabricación de, alteración, o destrucción de evidencia); participar en cualquier actividad diseñada para obtener información por método ilegal (e.g. entrada forzada, monitoreo ilegal de teléfonos, abertura ilegal del correo, entrada ilegal constituyendo búsqueda ilegal, etc.); iniciar o instigar un plan o estrategia para cometer una ofensa federal, estatal, o local.

HJC 15. Entiendo que si cualquier persona me pide participe en cualquiera de los delitos mencionados en el párrafo 14, o si me entero de planes para tales delitos, debo reportalo a uno de mis Investigadores Encargados inmediatamente.

Comprendo y estoy completamente de acuerdo con lo precedente

Informante Confidencial:

Firma _____ Fecha 27/5/2010

Nu Informante Confidencial _____

Investigador Encargado:

Firma _____ Fecha 5/27/10

Investigador Encargado:

Firma _____ Fecha 27 MAY 10

09CR383_001_0166

# ACUERDO DE INFORMANTE CONFIDENCIAL

I. **Instrucciones** (Se completará por los Investigadores Encargados y el Informante Confidencial (IC)):

La Drug Enforcement Administration (la DEA) me ha pedido que les provea asistencia en la investigación de violaciones del Acto de Sustancias Controladas. Entiendo que estoy autorizado, mientras bajo la supervisión directa de los Investigadores Encargados de la DEA, a tomar parte en actividades que incluyen lo siguiente:

*H&C* 1. La compra controlada de sustancias controladas de manera encubierta y bajo la dirección y el control de los Investigadores Encargados de la DEA.

*H&C* 2. La presentación de un agente encubierto a un violador.

*H&C* 3. La infiltración a una organización narcotraficante.

*H&C* 4. Hacerse pasar por una persona involucrada en la venta ilícita o distribución de sustancias controladas.

*H&C* 5. Asistir en la entrega controlada de sustancias controladas a un violador.

*H&C* 6. El uso de un aparato de grabación o transmisión en la comisión de estas actividades.

*H&C* 7. La grabación de conversaciones telefónicas entre violadores y yo en el acto de cometer estas actividades.

*H&C* 8. Adicional (especifique) _____N/A_____

II. **Reconocimientos:**

En la ejecución de las funciones de investigación descritas arriba, entiendo y estoy de acuerdo con lo siguiente:

*H&C* 1. Entiendo que mi asistencia a la DEA y cualquier declaración que yo haga a mis Investigadores Encargados sera completamente voluntaria.

*H&C* 2. Proveeré información veraz en todo momento.

*H&C* 3. El Gobierno estadounidense y la DEA intentaran diligentemente de proteger mi identidad, pero no pueden garantizar que mi identidad no será divulgada como resultado de consideraciones legales o de otro tipo, o que no seré llamado a testificar en la corte como un testigo.

*H&C* 4. La DEA no promete ni está de acuerdo a ninguna consideración por parte del fiscal o la corte en cambio por mi cooperación, ya que cualquier decisión a brindar tal beneficio seria bajo la discreción exclusiva del fiscal y de la corte apropiada. Sin embargo, la DEA consideraria (pero no necesariamente tomarán acción) un pedido que se le informe a la oficina del fiscal o corte apropiada del tipo y nivel de mi cooperación con la DEA. Yo voluntariamente rechazo todo requisito de privacidad en el caso de que la DEA, por causas legales, dignen que sea necesario que se revelara mi identidad a la corte.

*H&C* 5. Entiendo que no disfruto de inmunidad legal o protección contra investigación, arresto, o enjuiciamiento de cualquier cosa que diga o haga, con la excepción de las actividades específicamente autorizadas por mis Investigadores Encargados de conformidad con mi cooperación con la DEA. Entiendo que seguiré las instrucciones de mis Investigadores Encargados y que no tomaré acciones independientes de parte de la DEA o del gobierno estadounidense.

FORM DEA-473a (3-02)

Electronic Form Version Designed in JetForm 5.2 Version

HdC 6. No he sido autorizado a participar en actividad criminal, excepto como ha sido específicamente authorizada en escrito por un fiscal y/o mis Investigadores Encargados. Entiendo que puedo ser enjuiciado por cualquier acto ilegal que yo haya cometido en el pasado o que pueda cometer en el futuro.

HdC 7. Entiendo que no soy un empleado de la DEA o del gobierno estadounidense y no puedo representarme como tal.

HdC 8. Entiendo que no estoy permitido hacer o aceptar ningún tipo de contrato o incurrir en ninguna obligación de parte del gobierno estadounidense o la DEA, excepto a los contratos u obligaciones específicamente dirigidas y autorizadas por la DEA.

HdC 9. Entiendo que aunque sea elegible para compensación por mis servicios, la DEA reserva el derecho exclusivo para determinar si recibiré algún pago o compensación y para determinar la cantidad de tal pago o compensación.

HdC 10. Entiendo que soy responsable por todos impuestos que se deberían por compensación o pagos hechos por la DEA.

HdC 11. Entiendo que solamente la Immigration and Naturalization Service puede hacer promesas en cuanto a mi estado de inmigración o derecho de entrar o permanecer en los Estados Unidos.

HdC 12. Entiendo que solo estoy autorizado a participar en actos o comportarme de manera detallada arriba y que no puedo participar en otra actividad ilegal.

HdC 13. Entiendo que este contrato tiene vigencia desde __12-20-2008__ hasta __12-21-2009__ HdC (sin exceder un año).

HdC 14. Entiendo que no puedo, bajo ninguna circunstancia, participar en actos de violencia; participar en cualquier acto que constituya obstrucción de justicia (e.g. perjurio, manipulación de testigos, intimidación de testigos, incitación a delito, o la fabricación de, alteración, o destrucción de evidencia); participar en cualquier actividad diseñada para obtener información por método ilegal (e.g. entrada forzada, monitoreo ilegal de teléfonos, abertura ilegal del correo, entrada ilegal constituyendo búsqueda ilegal, etc.); iniciar o instigar un plan o estrategia para cometer una ofensa federal, estatal, o local.

HdC 15. Entiendo que si cualquier persona me pide participe en cualquiera de los delitos mencionados en el párrafo 14, o si me entero de planes para tales delitos, debo reportalo a uno de mis Investigadores Encargados inmediatamente.

Comprendo y estoy completamente de acuerdo con lo precedente

Informante Confidencial:

Firma _[signature]_        Fecha _12/11/2008_

CS-05-120190

Nu Informante Confidencial

Investigador Encargado: Firma _[signature]_        Fecha _12/11/08_

Investigador Encargado: Firma _[signature]_        Fecha _12/11/08_

U.S. Department of Justice
Drug Enforcement Administration

# ACUERDO DE INFORMANTE CONFIDENCIAL

I. Instrucciones (Se completará por los Investigadores Encargados y el Informante Confidencial (IC)):

La Drug Enforcement Administration (la DEA) me ha pedido que les provea asistencia en la investigación de violaciones del Acto de Sustancias Controladas. Entiendo que estoy autorizado, mientras bajo la supervisión directa de los Investigadores Encargados de la DEA, a tomar parte en actividades que incluyen lo siguiente:

*HJC* 1. La compra controlada de sustancias controladas de manera encubierta y bajo la dirección y el control de los Investigadores Encargados de la DEA.

*HJC* 2. La presentación de un agente encubierto a un violador.

*HJC* 3. La infiltración a una organización narcotraficante.

*HJC* 4. Hacerse pasar por una persona involucrada en la venta ilícita o distribución de sustancias controladas.

*HJC* 5. Asistir en la entrega controlada de sustancias controladas a un violador.

*HJC* 6. El uso de un aparato de grabación o transmisión en la comisión de estas actividades.

*HJC* 7. La grabación de conversaciones telefónicas entre violadores y yo en el acto de cometer estas actividades.

*HJC* 8. Adicional (especifique) _____N/A_____

II. Reconocimientos:

En la ejecución de las funciones de investigación descritas arriba, entiendo y estoy de acuerdo con lo siguiente:

*HJC* 1. Entiendo que mi asistencia a la DEA y cualquier declaración que yo haga a mis Investigadores Encargados sera completamente voluntaria.

*HJC* 2. Proveeré información veraz en todo momento.

*HJC* 3. El Gobierno estadounidense y la DEA intentaran diligentemente de proteger mi identidad, pero no pueden garantizar que mi identidad no será divulgada como resultado de consideraciones legales o de otro tipo, o que no seré llamado a testificar en la corte como un testigo.

*HJC* 4. La DEA no promete ni está de acuerdo a ninguna consideración por parte del fiscal o la corte en cambio por mi cooperación, ya que cualquier decisión a brindar tal beneficio seria bajo la discreción exclusiva del fiscal y de la corte apropiada. Sin embargo, la DEA consideraria (pero no necesariamente tomarán acción) un pedido que se le informe a la oficina del fiscal o corte apropiada del tipo y nivel de mi cooperación con la DEA. Yo voluntariamente rechazo todo requisito de privacidad en el caso de que la DEA, por causas legales, dignen que sea necesario que se revelara mi identidad a la corte.

*HJC* 5. Entiendo que no disfruto de inmunidad legal o protección contra investigación, arresto, o enjuiciamiento de cualquier cosa que diga o haga, con la excepción de las actividades específicamente autorizadas por mis Investigadores Encargados de conformidad con mi cooperación con la DEA. Entiendo que seguiré las instrucciones de mis Investigadores Encargados y que no tomaré acciones independientes de parte de la DEA o del gobierno estadounidense.

HJC 6. No he sido autorizado a participar en actividad criminal, excepto como ha sido especificamente authorizada en escrito por un fiscal y/o mis Investigadores Encargados. Entiendo que puedo ser enjuiciado por cualquier acto ilegal que yo haya cometido en el pasado o que pueda cometer en el futuro.

HJC 7. Entiendo que no soy un empleado de la DEA o del gobierno estadounidense y no puedo representarme como tal.

HJC 8. Entiendo que no estoy permitido hacer o aceptar ningún tipo de contrato o incurrir en ninguna obligación de parte del gobierno estadounidense o la DEA, excepto a los contratos u obligaciones específicamente dirigidas y autorizadas por la DEA.

HJC 9. Entiendo que aunque sea elegible para compensación por mis servicios, la DEA reserva el derecho exclusivo para determinar si recibiré algún pago o compensación y para determinar la cantidad de tal pago o compensación.

HJC 10. Entiendo que soy responsable por todos impuestos que se deberían por compensación o pagos hechos por la DEA.

HJC 11. Entiendo que solamente la Immigration and Naturalization Service puede hacer promesas en cuanto a mi estado de inmigración o derecho de entrar o permanecer en los Estados Unidos.

HJC 12. Entiendo que solo estoy autorizado a participar en actos o comportarme de manera detallada arriba y que no puedo participar en otra actividad ilegal.

HJC 13. Entiendo que este contrato tiene vigencia desde 20/12/07 hasta 20/12/08 (sin exceder un año).

HJC 14. Entiendo que no puedo, bajo ninguna circunstancia, participar en actos de violencia; participar en cualquier acto que constituya obstrucción de justicia (e.g. perjurio, manipulación de testigos, intimidación de testigos, incitación a delito, o la fabricación de, alteración, o destrucción de evidencia); participar en cualquier actividad diseñada para obtener información por método ilegal (e.g. entrada forzada, monitoreo ilegal de teléfonos, abertura ilegal del correo, entrada ilegal constituyendo búsqueda ilegal, etc.); iniciar o instigar un plan o estrategia para cometer una ofensa federal, estatal, o local.

HJC 15. Entiendo que si cualquier persona me pide participe en cualquiera de los delitos mencionados en el párrafo 14, o si me entero de planes para tales delitos, debo reportalo a uno de mis Investigadores Encargados inmediatamente.

Comprendo y estoy completamente de acuerdo con lo precedente.

Informante Confidencial:

Firma _____ Fecha 20/12/07

CS-05-120190
Nu Informante Confidencial

Investigador Encargado:

Firma _____ Fecha 12/20/07

Investigador Encargado:

Firma S/A Greg Garza Fecha 12/20/07

**Department of Justice**
**Enforcement Administration**

# ACUERDO DE INFORMANTE CONFIDENCIAL

I. Instrucciones (Se completará por los Investigadores Encargados y el Informante Confidencial (IC)):

La Drug Enforcement Administration (la DEA) me ha pedido que les provea asistencia en la investigación de violaciones del Acto de Sustancias Controladas. Entiendo que estoy autorizado, mientras bajo la supervisión directa de los Investigadores Encargados de la DEA, a tomar parte en actividades que incluyen lo siguiente:

1. La compra controlada de sustancias controladas de manera encubierta y bajo la dirección y el control de los Investigadores Encargados de la DEA.

2. La presentación de un agente encubierto a un violador.

3. La infiltración a una organización narcotraficante.

4. Hacerse pasar por una persona involucrada en la venta ilícita o distribución de sustancias controladas

5. Asistir en la entrega controlada de sustancias controladas a un violador.

6. El uso de un aparato de grabación o transmisión en la comisión de estas actividades.

7. La grabación de conversaciones telefónicas entre violadores y yo en el acto de cometer estas actividades.

8. Adicional (especifique) _N/A_

II. Reconocimientos:

En la ejecución de las funciones de investigación descritas arriba, entiendo y estoy de acuerdo con lo siguiente:

1. Entiendo que mi asistencia a la DEA y cualquier declaración que yo haga a mis Investigadores Encargados será completamente voluntaria.

2. Proveeré información veraz en todo momento.

3. El Gobierno estadounidense y la DEA intentaran diligentemente de proteger mi identidad, pero no pueden garantizar que mi identidad no será divulgada como resultado de consideraciones legales o de otro tipo, o que no seré llamado a testificar en la corte como un testigo.

4. La DEA no promete ni está de acuerdo a ninguna consideración por parte del fiscal o la corte en cambio por mi cooperación, ya que cualquier decisión a brindar tal beneficio seria bajo la discreción exclusiva del fiscal y de la corte apropiada. Sin embargo, la DEA consideraria (pero no necesariamente tomarán acción) un pedido que se le informe a la oficina del fiscal o corte apropiada del tipo y nivel de mi cooperación con la DEA. Yo voluntariamente rechazo todo requisito de privacidad en el caso de que la DEA, por causas legales, dignen que sea necesario que se revelara mi identidad a la corte.

5. Entiendo que no disfruto de inmunidad legal o protección contra investigación, arresto, o enjuiciamiento de cualquier cosa que diga o haga, con la excepción de las actividades especificamente autorizadas por mis Investigadores Encargados de conformidad con mi cooperación con la DEA. Entiendo que seguiré las instrucciones de mis Investigadores

6. No he sido autorizado a participar en actividad criminal, excepto como ha sido específicamente authorizada en escrito por un fiscal y/o mis Investigadores Encargados. Entiendo que puedo ser enjuiciado por cualquier acto ilegal que yo haya cometido en el pasado o que pueda cometer en el futuro.

7. Entiendo que no soy un empleado de la DEA o del gobierno estadounidense y no puedo representarme como tal.

8. Entiendo que no estoy permitido hacer o aceptar ningún tipo de contrato o incurrir en ninguna obligación de parte del gobierno estadounidense o la DEA, excepto a los contratos u obligaciones específicamente dirigidas y autorizadas por la DEA.

9. Entiendo que aunque sea elegible para compensación por mis servicios, la DEA reserva el derecho exclusivo para determinar si recibiré algún pago o compensación y para determinar la cantidad de tal pago o compensación.

10. Entiendo que soy responsable por todos impuestos que se deberían por compensación o pagos hechos por la DEA.

11. Entiendo que solamente la Immigration and Naturalization Service puede hacer promesas en cuanto a mi estado de inmigración o derecho de entrar o permanecer en los Estados Unidos.

12. Entiendo que solo estoy autorizado a participar en actos o comportarme de manera detallada arriba y que no puedo participar en otra actividad ilegal.

13. Entiendo que este contrato tiene vigencia desde 24/11/06 hasta 23/11/07 (sin exceder un año).

14. Entiendo que no puedo, bajo ninguna circunstancia, participar en actos de violencia; participar en cualquier acto que constituya obstrucción de justicia (e.g. perjurio, manipulación de testigos, intimidación de testigos, incitación a delito, o la fabricación de, alteración, o destrucción de evidencia); participar en cualquier actividad diseñada para obtener información por método ilegal (e.g. entrada forzada, monitoreo ilegal de teléfonos, abertura ilegal del correo, entrada ilegal constituyendo búsqueda ilegal, etc.); iniciar o instigar un plan o estrategia para cometer una ofensa federal, estatal, o local.

15. Entiendo que si cualquier persona me pide participe en cualquiera de los delitos mencionados en el párrafo 14, o si me entero de planes para tales delitos, debo reportalo a uno de mis Investigadores Encargados inmediatamente.

Comprendo y estoy completamente de acuerdo con lo precedente.

Informante Confidencial:

Firma _____ Fecha 24/11/2006

CS-05-120190
Nu Informante Confidencial

Investigador Encargado:

Firma _____ Fecha 24/11/06

Investigador Encargado:

Firma _____ Fecha 11/24/2006

**U.S. Department of Justice**
**Drug Enforcement Administration**

## ACUERDO DE INFORMANTE CONFIDENCIAL

I. **Instrucciones (Se completará por los Investigadores Encargados y el Informante Confidencial (IC)):**

La Drug Enforcement Administration (la DEA) me ha pedido que les provea asistencia en la investigación de violaciones del Acto de Sustancias Controladas. Entiendo que estoy autorizado, mientras bajo la supervisión directa de los Investigadores Encargados de la DEA, a tomar parte en actividades que incluyen lo siguiente:

_H.L.C._ 1. La compra controlada de sustancias controladas de manera encubierta y bajo la dirección y el control de los Investigadores Encargados de la DEA.

_H.L.C._ 2. La presentación de un agente encubierto a un violador.

_H.L.C._ 3. La infiltración a una organización narcotraficante.

_H.L.C._ 4. Hacerse pasar por una persona involucrada en la venta ilícita o distribución de sustancias controladas.

_H.L.C._ 5. Asistir en la entrega controlada de sustancias controladas a un violador.

_H.L.C._ 6. El uso de un aparato de grabación o transmisión en la comisión de estas actividades.

_H.L.C._ 7. La grabación de conversaciones telefónicas entre violadores y yo en el acto de cometer estas actividades.

_H.L.C._ 8. Adicional (especifique) _N/A_

II. **Reconocimientos:**

En la ejecución de las funciones de investigación descritas arriba, entiendo y estoy de acuerdo con lo siguiente:

_H.L.C._ 1. Entiendo que mi asistencia a la DEA y cualquier declaración que yo haga a mis Investigadores Encargados será completamente voluntaria.

_H.L.C._ 2. Proveeré información veraz en todo momento.

_H.L.C._ 3. El Gobierno estadounidense y la DEA intentaran diligentemente de proteger mi identidad, pero no pueden garantizar que mi identidad no será divulgada como resultado de consideraciones legales o de otro tipo, o que no seré llamado a testificar en la corte como un testigo.

_H.L.C._ 4. La DEA no promete ni está de acuerdo a ninguna consideración por parte del fiscal o la corte en cambio por mi cooperación, ya que cualquier decisión a brindar tal beneficio seria bajo la discreción exclusiva del fiscal y de la corte apropiada. Sin embargo, la DEA consideraria (pero no necesariamente tomarán acción) un pedido que se le informe a la oficina del fiscal o corte apropiada del tipo y nivel de mi cooperación con la DEA. Yo voluntariamente rechazo todo requisito de privacidad en el caso de que la DEA, por causas legales, dignen que sea necesario que se revelara mi identidad a la corte.

_H.L.C._ 5. Entiendo que no disfruto de inmunidad legal o protección contra investigación, arresto, o enjuiciamiento de cualquier cosa que diga o haga, con la excepción de las actividades específicamente autorizadas por mis Investigadores Encargados de conformidad con mi cooperación con la DEA. Entiendo que seguiré las instrucciones de mis Investigadores Encargados y que no tomaré acciones independientes de parte de la DEA o del gobierno estadounidense.

FORM DEA-473a (3-02)                                       Electronic Form Version Designed in JetForm 5.2 Version

09CR383_001_0173

_H.L.C._ 6. No he sido autorizado a participar en actividad criminal, excepto como ha sido especificamente authorizada en escrito por un fiscal y/o mis Investigadores Encargados. Entiendo que puedo ser enjuiciado por cualquier acto ilegal que yo haya cometido en el pasado o que pueda cometer en el futuro.

_H.L.C._ 7. Entiendo que no soy un empleado de la DEA o del gobierno estadounidense y no puedo representarme como tal.

_H.L.C._ 8. Entiendo que no estoy permitido hacer o aceptar ningún tipo de contrato o incurrir en ninguna obligación de parte del gobierno estadounidense o la DEA, excepto a los contratos u obligaciones especificamente dirigidas y autorizadas por la DEA.

_H.L.C._ 9. Entiendo que aunque sea elegible para compensación por mis servicios, la DEA reserva el derecho exclusivo para determinar si recibiré algún pago o compensación y para determinar la cantidad de tal pago o compensación.

_H.L.C._ 10. Entiendo que soy responsable por todos impuestos que se deberían por compensación o pagos hechos por la DEA.

_H.L.C._ 11. Entiendo que solamente la Immigration and Naturalization Service puede hacer promesas en cuanto a mi estado de inmigración o derecho de entrar o permanecer en los Estados Unidos.

_H.L.C._ 12. Entiendo que solo estoy autorizado a participar en actos o comportarme de manera detallada arriba y que no puedo participar en otra actividad ilegal.

_H.L.C._ 13. Entiendo que este contrato tiene vigencia desde _12/7/05_ hasta _12/06/06_ (sin exceder un año).

_H.L.C._ 14. Entiendo que no puedo, bajo ninguna circunstancia, participar en actos de violencia; participar en cualquier acto que constituya obstrucción de justicia (e.g. perjurio, manipulación de testigos, intimidación de testigos, incitación a delito, o la fabricación de, alteración, o destrucción de evidencia); participar en cualquier actividad diseñada para obtener información por método ilegal (e.g. entrada forzada, monitoreo ilegal de teléfonos, abertura ilegal del correo, entrada ilegal constituyendo búsqueda ilegal, etc.); iniciar o instigar un plan o estrategia para cometer una ofensa federal, estatal, o local.

_H.L.C._ 15. Entiendo que si cualquier persona me pide participe en cualquiera de los delitos mencionados en el párrafo 14, o si me entero de planes para tales delitos, debo reportalo a uno de mis Investigadores Encargados inmediatamente.

Comprendo y estoy completamente de acuerdo con lo precedente.

Informante Confidencial:

Firma _[signature]_ Fecha _12/07/05_

_CS-05-120190_
Nu Informante Confidencial

Investigador Encargado:

Firma _[signature]_ Fecha _12/7/05_

Investigador Encargado:

Firma _[signature]_ Fecha _12/7/05_

09CR383_001_0174

U.S. Department of Justice
Drug Enforcement Administration

# ACUERDO DE INFORMANTE CONFIDENCIAL

### I. Instrucciones (Se completará por los Investigadores Encargados y el Informante Confidencial (IC)):

La Drug Enforcement Administration (la DEA) me ha pedido que les provea asistencia en la investigación de violaciones del Acto de Sustancias Controladas. Entiendo que estoy autorizado, mientras bajo la supervisión directa de los Investigadores Encargados de la DEA, a tomar parte en actividades que incluyen lo siguiente:

1. La compra controlada de sustancias controladas de manera encubierta y bajo la dirección y el control de los Investigadores Encargados de la DEA.

2. La presentación de un agente encubierto a un violador.

3. La infiltración a una organización narcotraficante.

4. Hacerse pasar por una persona involucrada en la venta ilícita o distribución de sustancias controladas.

5. Asistir en la entrega controlada de sustancias controladas a un violador.

6. El uso de un aparato de grabación o transmisión en la comisión de estas actividades.

7. La grabación de conversaciones telefónicas entre violadores y yo en el acto de cometer estas actividades.

8. Adicional (especifique)_____

_____

### II. Reconocimientos:

En la ejecución de las funciones de investigación descritas arriba, entiendo y estoy de acuerdo con lo siguiente:

1. Entiendo que mi asistencia a la DEA y cualquier declaración que yo haga a mis Investigadores Encargados será completamente voluntaria.

2. Proveeré información veraz en todo momento.

3. El Gobierno estadounidense y la DEA intentaran diligentemente de proteger mi identidad, pero no pueden garantizar que mi identidad no será divulgada como resultado de consideraciones legales o de otro tipo, o que no seré llamado a testificar en la corte como un testigo.

4. La DEA no promete ni está de acuerdo a ninguna consideración por parte del fiscal o la corte en cambio por mi cooperación, ya que cualquier decisión a brindar tal beneficio seria bajo la discreción exclusiva del fiscal y de la corte apropiada. Sin embargo, la DEA consideraría (pero no necesariamente tomarán acción) un pedido que se le informe a la oficina del fiscal o corte apropiada del tipo y nivel de mi cooperación con la DEA. Yo voluntariamente rechazo todo requisito de privacidad en el caso de que la DEA, por causas legales, dignen que sea necesario que se revelara mi identidad a la corte.

5. Entiendo que no disfruto de inmunidad legal o protección contra investigación, arresto, o enjuiciamiento de cualquier cosa que diga o haga, con la excepción de las actividades específicamente autorizadas por mis Investigadores Encargados de conformidad con mi cooperación con la DEA. Entiendo que seguiré las instrucciones de mis Investigadores Encargados y que no tomaré acciones independientes de parte de la DEA o del gobierno estadounidense

FORM DEA-473a (3-02)

Electronic Form Version Designed in JetForm 5.2 Version

09CR383_001_0175

6. No he sido autorizado a participar en actividad criminal, excepto como ha sido especificamente authorizada en escrito por un fiscal y/o mis Investigadores Encargados. Entiendo que puedo ser enjuiciado por cualquier acto ilegal que yo haya cometido en el pasado o que pueda cometer en el futuro.

7. Entiendo que no soy un empleado de la DEA o del gobierno estadounidense y no puedo representarme como tal.

8. Entiendo que no estoy permitido hacer o aceptar ningún tipo de contrato o incurrir en ninguna obligación de parte del gobierno estadounidense o la DEA, excepto a los contratos u obligaciones especificamente dirigidas y autorizadas por la DEA.

9. Entiendo que aunque sea elegible para compensación por mis servicios, la DEA reserva el derecho exclusivo para determinar si recibiré algún pago o compensación y para determinar la cantidad de tal pago o compensación.

10. Entiendo que soy responsable por todos impuestos que se deberían por compensación o pagos hechos por la DEA.

11. Entiendo que solamente la Immigration and Naturalization Service puede hacer promesas en cuanto a mi estado de inmigración o derecho de entrar o permanecer en los Estados Unidos.

12. Entiendo que solo estoy autorizado a participar en actos o comportarme de manera detallada arriba y que no puedo participar en otra actividad ilegal.

13. Entiendo que este contrato tiene vigencia desde 3/Jun/2005 hasta 3/June/2006 (sin exceder un año).

14. Entiendo que no puedo, bajo ninguna circunstancia, participar en actos de violencia; participar en cualquier acto que constituya obstrucción de justicia (e.g. perjurio, manipulación de testigos, intimidación de testigos, incitación a delito, o la fabricación de, alteración, o destrucción de evidencia); participar en cualquier actividad diseñada para obtener información por método ilegal (e.g. entrada forzada, monitoreo ilegal de teléfonos, abertura ilegal del correo, entrada ilegal constituyendo búsqueda ilegal, etc.); iniciar o instigar un plan o estrategia para cometer una ofensa federal, estatal, o local.

15. Entiendo que si cualquier persona me pide participe en cualquiera de los delitos mencionados en el párrafo 14, o si me entero de planes para tales delitos, debo reportalo a uno de mis Investigadores Encargados inmediatamente.

Comprendo y estoy completamente de acuerdo con lo precedente.

Informante Confidencial:

_____     3/Jun/2005
Firma                                 Fecha

_____
Nu Informante Confidencial

Investigador Encargado:

_____     6-3-05
Firma                                 Fecha

Investigador Encargado:

_____     6-3-05
Firma                                 Fecha

09CR383_001_0176