KAREN P. HEWITT
United States Attorney
TODD W. ROBINSON
Assistant United States Attorney
California State Bar No. 199888
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7034 / (619) 557-3445 (Fax)
Email: todd.robinson@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 95cr0973-JM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | MOTION TO DISMISS CHARGE AS TO DEFENDANT HUMBERTO LOYA-CASTRO |
| JOAQUIN GUZMAN-LOERA, et. al. | ) | |
| Defendants. | ) | |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Assistant United States Attorney Todd W. Robinson, and hereby files its motion to dismiss, without prejudice, Count 1 of the Fourth Superseding Indictment in case number 95cr0973-JM as to defendant HUMBERTO LOYA-CASTRO, aka "Licenciado Perez."

DATED: December 3, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ Todd W. Robinson
TODD W. ROBINSON
Assistant U.S. Attorney