UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>) No. 09 CR 383-3<br>JESUS VICENTE ZAMBADA-NIEBLA )<br>  a/k/a "Vicente Zambada-Niebla," ) Hon. Ruben Castillo<br>  a/k/a "Vicente Zambada," )<br>  a/k/a "Mayito," )<br>  a/k/a "30" ) | |

AGREED MOTION OF THE UNITED STATES
FOR ENTRY OF PRELIMINARY ORDER OF FORFEITURE

The UNITED STATES OF AMERICA, through JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, moves for entry of a preliminary order of forfeiture as to specific property pursuant to the provisions of Title 21, United States Code, Section 853(a)(1) and (2), and Fed. R. Crim. P. 32.2, and in support thereof submits the following:

1. On January 5, 2012, a third superseding indictment was returned charging defendant JESUS VICENTE ZAMBADA-NIEBLA and others with a violation of the Controlled Substances Act pursuant to the provisions of 21 U.S.C. § 846, amongst other violations.

2. The third superseding indictment sought forfeiture to the United States of specific property pursuant to the provisions of 21 U.S.C. § 853(a)(1) and (2).

3. On April 3, 2013, pursuant to Fed R. Crim. P. 11, defendant JESUS VICENTE ZAMBADA-NIEBLA entered a voluntary plea of guilty to Count One of the third superseding indictment.

4. Pursuant to the terms of his plea agreement, defendant JESUS VICENTE ZAMBADA-NIEBLA agreed that he is liable to the United States for approximately $1,373,415,000 which represents proceeds traceable to a violation of 21 U.S.C. § 846, and is therefore subject to forfeiture pursuant to 21 U.S.C. § 853(a)(1) and (2).

5. Pursuant to Fed. R. Crim. P. 32.2(b)(2)(B), unless doing so is impractical, the court must enter the preliminary order of forfeiture sufficiently in advance of sentencing to allow the parties to suggest revisions or modifications before the order becomes final as to the defendant at sentencing.

6. In accordance with this provision, the United States requests that this Court enter a preliminary order of forfeiture against defendant JESUS VICENTE ZAMBADA-NIEBLA as to the funds in the amount of $1,373,415,000 because the property constitutes and is derived from the proceeds traceable to the defendant's violation of Count One.

7. If funds to satisfy the money judgment in the amount of $1,373,415,000 entered against defendant JESUS VICENTE ZAMBADA-NIEBLA as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value, or

  e. has been commingled with other property which cannot be divided without difficulty;

the United States shall request that this Court order the forfeiture of any other property belonging to defendant JESUS VICENTE ZAMBADA-NIEBLA up to the amount of $1,373,415,000 money judgment entered against the defendant, pursuant to 21 U.S.C. § 853(p) and Fed R. Crim P. 32.2, in order to satisfy the money judgment entered by the Court.

  8. Pursuant to Title 21, United States Code, Section 853 and Subdivision (b)(3) of Rule 32.2 of the Federal Rules of Criminal Procedure, upon entry of this Preliminary Order of Forfeiture, the Court hereby authorizes the Attorney General or his designated representatives to conduct discovery to identify or locate property subject to forfeiture, including substitute assets, and to seize property ordered forfeit upon such terms and conditions as set forth by the Court.

  9. The United States requests that the terms and conditions of this preliminary order of forfeiture entered by this Court be made part of the sentence imposed against defendant JESUS VICENTE ZAMBADA-NIEBLA and included in any judgment and commitment order entered in this case against him.

WHEREFORE, pursuant to the provisions of 21 U.S.C. § 853(a)(1) and (2), and Fed. R. Crim. P. 32.2, the United States requests that this Court enter a judgment in the amount of $1,373,415,000 and further enter preliminary order of forfeiture as to the foregoing funds, in accordance with the draft preliminary order of forfeiture which is submitted herewith.

        Respectfully submitted,

        JOHN R. LAUSCH, JR.
        United States Attorney

By:   */s/ Erika L. Csicsila*
      ERIKA L. CSICSILA
      Assistant United States Attorney
      219 S. Dearborn St., Room 500
      Chicago, Illinois 60604
      (312)353-5300