# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 09 CR 383 |
| v. | ) | |
| | ) | Honorable Sharon Johnson Coleman |
| USA v. Guzman-Loera et al | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

Date: March 25, 2021

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney
Northern District of Illinois

By:   */s/ Christopher Catizone*
CHRISTOPHER CATIZONE
Assistant United States Attorney
219 S. Dearborn St., 5th Floor
Chicago, Illinois 60604
Tel: (312) 697-4088