UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 09 CR 383 |
| v. | ) | |
| | ) | Honorable Virginia M. Kendall |
| JOAQUIN GUZMAN-LOERA, et al. | ) | |

**WITHDRAWAL OF COUNSEL**

Please take notice that Assistant United States Attorney Georgia N. Alexakis is no longer assigned to this case.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: *s/ Georgia N. Alexakis*
GEORGIA N. ALEXAKIS
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, IL 60604
(312) 353-8897

June 30, 2021